JTM
DAL: 2020R0071

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** |
| v. | |
| **MATHEW PALMER,** | **(Distribution of Child Pornography, 18 U.S.C. § 2252(a)(2); Forfeiture, 18 U.S.C. § 2253, 21 U.S.C. § 853, 28 U.S.C. § 2461)** |
| **Defendant.** | |

## INFORMATION

### COUNT ONE
(Distribution of Child Pornography)

The United States Attorney for the District of Maryland charges that:

On or about August 11, 2020, in the District of Maryland, the defendant,

### MATHEW PALMER,

did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped and transported, by any means including by computer, and knowingly reproduced any visual depiction for distribution using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and through the mails, the production of which involved the use of a minor engaged in sexually explicit conduct and such depiction being of such conduct, that is, the defendant distributed a visual depiction of a minor engaging in sexually explicit conduct, including, but not limited to the below listed and described video, which was distributed using a computer, the defendant's iPhone, across the internet, using the application and program "Wickr":

| File Name | Video Description |
|---|---|
| trim.5A9AEA57-ECAC-41E8-AEF9-50A5AADC6097.MOV | A video, approximately fifty-one seconds in length, of a prepubescent female wearing black stockings.  Her legs are tied with yellow ropes and her legs are spread, exposing her vagina. An adult male is digitally penetrating the minor's vagina. The camera shifts, showing the minor's hands tied above her head with yellow rope as she is being orally penetrated by the adult male. The camera angle continues to switch between the oral and digital penetration of the minor. |

18 U.S.C. §§ 2252(a)(2) and (b)(1).

DAL: 2020R0071

# FORFEITURE ALLEGATION

The United States Attorney for the District of Maryland further charges that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 2253, 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), as a result of the Defendant's conviction under Count One of this Information.

2. Pursuant to 18 U.S.C. § 2253, upon conviction of the offense set forth in Count One of this Information, the defendant,

**MATHEW PALMER**,

shall forfeit to the United States:

    a. any visual depiction described in Title 18, United States Code, section 2251, 2251A, 2252, 2252A, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

    c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

The property to be forfeited includes, but is not limited to, the following:

    a. an Apple iPhone 6s model A1633 cellular phone bearing serial number FFMWF18RGRY2 and IMEI 354957074518229.

3

**Substitute Assets**

3. If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. §§ 2253
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

                                                                _/s/ *DAL*_____
                                                                 Robert K. Hur
                                                                 United States Attorney