IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *

      v.                                            *

MATHEW PALMER                         *          Case No.:  SAG-21-0014

   *     *     *     *     *     *     *     *     *     *

## ENTRY OF APPEARANCE

Please enter the appearance of David B. Irwin, Esquire, and Kramon &

Graham, P.A., as counsel on behalf of the Defendant, Mathew Palmer, in the above-

captioned matter.

February 3, 2021                              Respectfully submitted,


     /s/   *David B. Irwin*
David B. Irwin
Federal Bar No.: 01933
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, MD 21202
(410) 752-6030
dirwin@kg-law.com

20327/0/03575339.DOCXv1