AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. SAG-21-0014 |
| Mathew J. Palmer | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 3/9/2021

*Defendant's signature*

*Signature of defendant's attorney*

**David B. Irwin Federal Bar No.: 01933**
*Printed name of defendant's attorney*

*Judge's signature*

Stephanie A. Gallagher USDJ
*Judge's printed name and title*

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2021 MAR 10 PM 1:25
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY