

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Daniel A. Loveland, Jr.*
*Assistant United States Attorney*
*Daniel.Loveland2@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT 410-209-4973*
*MAIN 410-209-4800*
*FAX 410-962-3091*

April 27, 2021

Dear Honorable Judge Gallagher:

*Re:* Sentencing, *United States v. Mathew Palmer* (21-14-SAG)

    A sentence of nine years (108 months) incarceration followed by a twenty-year term of supervised release is the appropriate sentence for Mathew Palmer. Palmer's crime was egregious: he downloaded and traded hundreds and hundreds of videos and images of brutal child pornography. Palmer's iPhone contained 936 images and 368 videos of child pornography. This understates the amount as it does not include age-difficult material, ambiguous material, or any of the numerous links to active and removed child pornography that were found on his phone. And the types of child pornography that Palmer sought out, possessed, and distributed were particularly horrific, including anal and vaginal rape, sadistic acts, bondage, and children as young as toddlers. Palmer also sent child pornography to others using Wickr, an end-to-end encrypted messaging application.

    But perhaps most disturbing was Palmer's conduct involving two teenage girls ▌. Palmer took non-nude photos of the two teenage girls that were available on social media, saved them, and used them in chats with people on the internet. ▌ For example, Palmer sent images of the two real minors that he knew to "Brian" on Kik representing them to be his daughters and saying that he had sexually abused them. He interspliced nude photographs of other women or girls from ambiguous angles, amongst the real images he had taken from social media of the minors, and said he had sexually abused them. ▌

    Palmer did this not just to fantasize about the incestuous rape of one's own daughters, but to collect additional child pornography. He wasn't interested in just sharing, he wanted to trade child pornography.



Balancing the seriousness of Palmer's conduct against his lack of criminal history, timely acceptance of responsibility, and apparent remorse, a nine year sentence and twenty year term of supervised release is appropriate. The government is requesting a downward variance of more than three and a half years *below the bottom of the sentencing guidelines range* (151-188 months). Any further variance would be inappropriate, as it would fail to: (1) reflect the seriousness of the offense, (2) promote respect for the rule of law, (3) provide adequate deterrence, (4) protect the public, and (5) recognize the harm that Palmer's actions have caused to the child victims depicted in the hundreds of images and videos of child pornography he possessed and distributed *and* the other victims of his crime.

**I. The Sentencing Guidelines.**

The parties and the Presentence Investigation Report agree that Palmer's final offense score is 34 and that he has a criminal history category of I. His guidelines range is therefore 151 to 188 months, significantly higher than the government's recommendation of 108 months.

**II. The Offense Conduct.**

Investigators at Homeland Security Investigations received reports from Kik advising that multiple accounts using similar "anonjohnny" usernames had uploaded at least one image of child pornography or child-sensitive material between April 2019 and September 2019. The usernames included "anonjohnny2", "anonjohnny654321", "anonjohnny80", "anonjohnny72", and "anonjohnny9800". Each time after Kik detected the child exploitive material, it shut down the offending accounts.

Investigators traced the Internet Protocol (IP) address linked to each account to Mathew Palmer's Verizon account. The Kik accounts were also accessed by IP addresses that resolved to the State of Maryland, demonstrating that the user of the accounts was accessing the materials from state government internet services.

On August 11, 2020, investigators executed a search warrant at Palmer's residence in Severna Park. Investigators seized several electronic devices, including Palmer's laptop and personal cell phone, an iPhone.

Palmer's personal cell phone was logged into a new Kik account "anonjohn1112". Palmer used this Kik account to engage in chats with several other Kik users concerning child exploitation. For example, in a conversation with "Brian", in his very first message Palmer said, "Hi I have naughty thoughts about my teen daughters" whom Palmer said were 13 and 17 years old. Palmer then sent images to "Brian" of two minor girls representing that these girls were his daughters. Palmer told Brian "I want to use them as my sluts" and claimed that his daughters "have taken my cock." In another

3

conversation with user "hnytaboos" Palmer stated that his preference for children was for those aged eight and higher. Palmer again sent pictures of the same two minor girls  again representing them to be his own daughters.

In summary, Palmer showed a clear sexual interest not just in young children, but in incest and initiated conversations with other people on the internet about sexual abuse of one's own daughters. Portions of another chat are below.



> **anonjohn1112 Anon John**
> Me too. Have you ever caught her masturbating? My youngest loves to play with herself, have caught her watching porn in her phone and fingering herself.
> Delivered: 8/7/2020 7:16:07 PM(UTC+0)
>
> 8/7/2020 7:16:07 PM(UTC+0)

> **bjluvr189 B. Jones**
> No but heard her getting off
> Delivered: 8/7/2020 7:16:34 PM(UTC+0)
>
> 8/7/2020 7:16:34 PM(UTC+0)

> **anonjohn1112 Anon John**
> Does she ever walk around half naked? Mine do all the time
> Delivered: 8/7/2020 7:17:00 PM(UTC+0)
>
> 8/7/2020 7:17:00 PM(UTC+0)

Located on Palmer's iPhone, within the "camera roll" was at least 936 images constituting child pornography and 368 videos constituting child pornography. Additionally, located within an application called "Wickr", which is used to send covert and encrypted messages, were two additional videos that constitute child pornography. The child pornography found on Palmer's phone included oral, vaginal, and anal penetration of minors, including prepubescent minors; child pornography involving toddlers; and child pornography involving bondage and other sadistic acts. Also located on the phone were numerous age-difficult or child exploitive images that were not categorized as child pornography. Below are some examples of the child pornography recovered from the Defendant's possession within his iPhone.

| Location Recovered from within the iPhone 6S | File Name: | Description: |
|---|---|---|
| Camera Roll | IMG_6977_3.JPG | An image depicting a prepubescent female, reasonably believed to be under the age of five, wearing a yellow and white "Spongebob" tank top. The female is in a seated position and her pink and white underwear are pulled down to her knees, |

| | | exposing her vagina. The minor has one hand wrapped around the penis of an adult male who is orally penetrating her. |
|---|---|---|
| Camera Roll | IMG_2548_6.JPG | An image depicting a prepubescent female, reasonably believed to be under the age of five. The minor is lying on her back on an orange blanket and pillow. She is wearing makeup, to include bright lipstick, and has pink flowers in her hair. An adult male is situated between her spread legs and is vaginally penetrating her with his erect penis. |
| Camera Roll | IMG_3075_1.mp4 | A video, approximately one minute in length, depicting a naked prepubescent female, lying on a bed. The camera zooms in between her spread legs, focusing on her vagina. The minor female reaches down and spreads the lips of her vagina. The female then flips over onto her hands and knees and faces away from the camera. The camera zooms in on her vagina and anus. The minor reaches back and spreads her buttocks. The camera focuses on the erect penis of an adult male. The minor female then straddles the adult male and he penetrates her with his erect penis. |
| Camera Roll | IMG_5897.mp4 | A video, approximately one minute and fifty-six seconds, depicting a minor female being orally penetrated by an adult male. The video cuts to an adult male anally penetrating the prepubescent female while the second adult male continues to orally penetrate her. The person holding the camera, who had previously been orally penetrating the minor, begins to anally penetrate the minor. As he continues to penetrate her anus, the adult male spreads the lips of the minor's vagina. |
| Wickr | trim.5A9AEA57-ECAC-41E8-AEF9-50A5AADC6097.MOV | A video, approximately fifty-one seconds in length, of a prepubescent female wearing black stockings. Her legs are tied with yellow ropes and her legs are spread, exposing her vagina. An adult male is digitally penetrating the minor's vagina. The camera shifts, showing the minor's hands tied above her head with yellow rope |

|  |  | as she is being orally penetrated by the adult male. The camera angle continues to switch between the oral and digital penetration of the minor. |
|---|---|---|
| Wickr | trim.C8FFD97E-BCB1-48D7-9B37-74A11EFB1B86.MOV | A video, approximately one minute and fifty-nine seconds in length, depicting a minor female being orally penetrated by an adult male. The minor is only wearing a necklace and the adult male's hand is placed on the back of her head, forcing her mouth onto his penis. |

In addition to possessing hundreds of images and videos constituting child pornography as described above, Palmer knowingly both received and distributed child pornography. For example, using the Wickr application on his iPhone, and a Wickr account displaying the username "johnanon1123" Palmer sent the video "trim.5A9AEA57-ECAC-41E8-AEF9-50A5AADC6097.MOV" as described above to a chat group on the Wickr application that contained 58 other participants. In addition, using the same application and username, Palmer sent the video "trim.C8FFD97E-BCB1-48D7-9B37-74A11EFB1B86.MOV" as described above to another person.

Also located within the iPhone's "Notes" application were numerous url links to various Dropbox and Mega urls. Investigators clicked on these links and most links redirected to website pages stating that the material had been removed because it contained banned content, suggesting the material had related to child exploitation. A small number of the links contained active websites hosting adult pornography and child pornography.

### III. The Impact on the Victims.





## IV. A Sentence of Nine Years in Prison and Twenty Years of Supervised Release is Appropriate.

Palmer's conduct was appalling. Trading in child pornography is not a victimless crime—it creates a marketplace of abuse and drives the incentive for criminals to rape children, record it, and provide it to others. Once images and videos are disseminated, they are functionally permanent. The knowledge that one's abuse is trafficked in this way adds to the trauma. In other words, the worst thing that ever happened to a victim, often including sexual violence suffered as a child, is memorialized forever. What's worse anonymous strangers seek it out, and delight in its existence. The public must be protected from these crimes.



Palmer accepted responsibility and appears to be remorseful. But his crime requires a significant sentence. The investigation has not uncovered any evidence of hands on abuse, however, Palmer's conduct was more than just viewing things on the internet. Palmer sought out and traded for child pornography. ████████████████ ████████████████████████ The disturbing chats, Palmer's own statements of his desires and urges ██████████ suggests that Palmer may have been on the way to hands-on offending, or perhaps waiting for an opportunity.

Balancing all of the § 3553(a) factors, a below-guidelines sentence of nine years in prison and twenty years of supervised release is the appropriate sentence in this case.

Respectfully submitted,

Jonathan F. Lenzner
Acting United States Attorney

By: _____/s/_____
Daniel A. Loveland, Jr.
Assistant United States Attorney