IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| MATHEW J. PALMER | * | Case No.:  21-CR-00014 |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>DEFENDANT'S MOTION TO SEAL SENTENCING MEMORANDUM</u>**

Now comes the Defendant, Mathew J. Palmer, through his counsel, David B. Irwin, and Kramon & Graham, P.A., and hereby respectfully requests that this Court seal the Sentencing Memorandum and accompany Exhibits being filed today, April 27, 2021, for the reason, among others, that the Sentencing Memorandum contains information from the Pre-Sentence Report in this case.

<u>April 27, 2021</u>

Respectfully submitted,

<u>/s/ David B . Irwin</u>
David B. Irwin
Federal Bar No.: 01933
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, MD 21202
Tel: (410) 752-6030
Fax: (410) 539-1269
dirwin@kg-law.com

*Attorneys for Defendant Mathew J. Palmer*