IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| MATHEW J. PALMER | * | Case No.: 21-CR-00014 |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \*

## **(PROPOSED) ORDER**

Upon consideration of the Defendant's Motion to Seal the Sentencing Memorandum and accompany Exhibits filed on April 27, 2021 by Mathew J. Palmer, it is this _____ day of_____, 2021, by the United States District Court,

ORDERED, that the Defendant's Motion to Seal the Sentencing Memorandum filed on April 27, 2021 is hereby GRANTED.

_____
Judge, United States District Court