IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| MATHEW J. PALMER | * | Case No.: 21-CR-00014 |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE – REQUEST TO BE REMOVED FROM LOCATION MONITORING IN ORDER TO REPORT TO BOP FACILITY

Now comes Defendant, Mathew J. Palmer, by and through his attorney, David B. Irwin and Kramon & Graham, P.A., and respectfully requests that this Honorable Court modify the conditions of his release in the above-captioned matter by authorizing his removal from the location monitoring program on June 24, 2021, and in support thereof states the following:

1. On or about January 28, 2021, Mr. Palmer was charged by way of a Criminal Information with 18 U.S.C. § 2252(a)(2) – distribution of child pornography.

2. On March 9, 2021, Mr. Palmer virtually appeared with undersigned counsel before the Honorable Stephanie A. Gallagher and pled guilty to the single count of the Information.

3. Among other conditions, Mr. Palmer was ordered to be placed on the Location Monitoring Program restricting him to his residence except for medical purposes, court appearances or other activities specifically approved by the Court.

4. On May 11, 2021, undersigned counsel and Mr. Palmer virtually appeared before The Honorable Stephanie A. Gallagher for sentencing in this matter. Mr. Palmer received an eight (8) year sentence to the United States Bureau of Prisons.

5. Mr. Palmer was ordered to continue following the same release conditions that he was placed on at the time of his guilty plea hearing on March 9, 2021.

6. Mr. Palmer has received the official notification from the United States Marshal's Service directing to him to self-report to FCI Milan, 4004 East Arkona Road, Milan, Michigan 48160, by **no later than 2:00 p.m. on Friday, June 25th, 2021**.

7. Mr. Palmer wishes to fly out of BWI airport on Thursday, June 24th in the afternoon to ensure that he has ample time to report to FCI Milan the following day, June 25th by 2:00 p.m. There are two afternoon flights from Baltimore (BWI airport) to Detroit (DTW). If this request is granted, once Mr. Palmer secures a flight and hotel reservation, he will of course provide this information to Senior United States Probation Officer John Stagg.

8. In order for Pretrial Services to remove Mr. Palmer from the location monitoring program the day prior to his reporting date, an order must be executed by the Court authorizing Pretrial Services to facilitate his removal.

9. Assistant United State's Attorney Daniel Loveland and Senior United States Probation Officer John Stagg both consent to this request.

WHEREFORE, Defendant respectfully requests that this Honorable Court authorize his removal from the location monitoring program on June 24, 2021 in order for him to report to the United States Bureau of Prisons facility, FCI Milan, by 2:00 p.m. on Friday, June 25th, 2021.

Respectfully submitted,

_____/s/_____
David B. Irwin
Federal Bar No.: 01933
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, MD 21202
Tel: (410) 752-6030
Fax: (410) 539-1269
dirwin@kg-law.com

*Attorneys for Defendant Mathew J. Palmer*