IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| MATHEW J. PALMER | * | Case No.: 21-CR-00014 |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Consent Motion to Modify Conditions of Release – Request to be Removed from Location Monitoring in Order to Report to BOP Facility, it is this 11th day of June 2021, by the United States District Court for the District of Maryland,

ORDERED, that the Consent Motion to Modify Conditions of Release – Request to be Removed from Location Monitoring in Order to Report to BOP Facility is hereby GRANTED; and be it further,

ORDERED, that the Defendant is permitted to be removed from the Location Monitoring Program on June 24, 2021 in order to report to the United States Bureau of Prisons, Federal Correction Institute Milan, by June 25, 2021 at 2:00 p.m.

/s/
_____
Stephanie A. Gallagher
United States District Judge

20327/0/03687869.DOCXv1